No. 79–1601. SUMNER, WARDEN v. MATA. C. A. 9th Cir. [Certiorari granted, 448 U. S. 910.] Motion of petitioner to dispense with printing appendix denied. Motion of respondent for appointment of counsel granted, and it is ordered that Ezra Hendon, Esquire, of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 79–1841. GRANDDAD BREAD, INC. v. CONTINENTAL BAKING Co. C. A. 9th Cir.;

No. 79–1856. EATON CORP. v. FOX. C. A. 6th Cir.;

No. 79–1922. CENTRAL OF GEORGIA RAILROAD Co. v. HENDLEY. C. A. 5th Cir.;

No. 79–1953. FREEMAN, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, ET AL. v. CHAMBLY ET AL. C. A. 8th Cir.;

No. 79–2059. AMERICAN ELECTRIC POWER CO., INC., ET AL. v. CITY OF MISHAWAKA, INDIANA, ET AL. C. A. 7th Cir.;

No. 80–60. HERWEG ET VIR v. RAY, GOVERNOR OF IOWA, ET AL. C. A. 8th Cir.; and

No. 80–146. SHIFFRIN ET AL. v. BRATTON ET AL. C. A. 7th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 79–1835. ROBERTS v. RANDALL, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of certiorari and/or other relief denied.

No. 79–6689. STEELMAN v. RICKETTS, CORRECTIONS DIRECTOR, ET AL.;

No. 79–6896. STEELMAN v. RICKETTS, CORRECTIONS DIRECTOR, ET AL.; and

No. 80–5196. IN RE OLIVER. Motions for leave to file petitions for writs of habeas corpus denied.

No. 79–1527. ALASKA ET AL. v. McGLYNN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.